IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOWE VONBRETHORST, STEVE PATTERSON, individually and as representatives of all other employees similarly situated, RONALD LOUIS MCDANIEL, JR., and LILLIE JANE "JANIE" LEWIS, individually and as representative of all other employees similarly situated, MARLA EGBERT and LINDSAY MARIE SHRUM,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON COUNTY, IDAHO, WEISER AMBULANCE DISTRICT, and DIANA L. THOMAS, in her official capacity as Chairman of the Board of County Commissioners of Washington County, Idaho,<br><br>Defendants. | Case No. CIV 06-00351-S-EJL<br><br>ORDER OF DISMISSAL DEFENDANT DIANA L. THOMAS AS TO ALL CLAIMS |

This matter having come before the Court upon stipulation of the Plaintiffs and Defendants and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties' stipulation (Dkt. No. 24) is **APPROVED** and that Defendant DIANA L. THOMAS be **DISMISSED** from the above-entitled matter and that all claims against Diana L. Thomas are dismissed.

DATED: **April 11, 2007**

*[signature]*

~~Honorab~~le Edward J. Lodge
U. S. District Judge