IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BOWE VONBRETHORST, STEVE PATTERSON, individually and as representatives of all other employees similarly situated, RONALD LOUIS MCDANIEL, JR., and LILLIE JANE "JANIE" LEWIS, individually and as representative of all other employees similarly situated, MARLA EGBERT and LINDSAY MARIE SHRUM<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON COUNTY, IDAHO, WEISER AMBULANCE DISTRICT, and DIANA L. THOMAS, in her official capacity as Chairman of the Board of County Commissioners of Washington County, Idaho,<br><br>Defendants. | Case No. CV 06-00351-S-EJL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

This matter having come before the Court upon stipulation (Docket No. 91) of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs' First Amended Verified Complaint filed in the above-entitled is completely and fully dismissed, with prejudice, as to all claims against all Defendants, with each party bearing their own attorneys fees and costs, and there being no prevailing party to the litigation.

DATED: **March 13, 2009**

_Edward J. Lodge_
Honorable Edward J. Lodge
U. S. District Judge